JOSE R. TORRES
LAW OFFICE OF JOSE R. TORRES
129 PROSPECT STREET
PASSAIC, NJ  07055

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 17-24782

Re:  ROBEL PEREZ  
     30 WATSESSING AVE., APT. 18  
     BELLEVILLE, NJ  07109

Atty:  JOSE R. TORRES  
       LAW OFFICE OF JOSE R. TORRES  
       129 PROSPECT STREET  
       PASSAIC, NJ  07055

## RECEIPTS AS OF 12/31/2018
(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/10/2018 | $121.00 | 4823214000 | 05/14/2018 | $350.00 | 4912755000 |
| 06/22/2018 | $350.00 | 5009298000 | 07/03/2018 | $350.00 | 5045708000 |
| 08/15/2018 | $360.00 | 5154967000 | 09/10/2018 | $360.00 | 5217694000 |
| 10/11/2018 | $360.00 | 5303398000 | 11/02/2018 | $360.00 | 5363787000 |
| 12/17/2018 | $360.00 | 5473308000 | | | |

**Total Receipts: $2,971.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,971.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018
(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| U.S. DEPARTMENT OF EDUCATION | 11/19/2018 | $763.72 | 814,685 | 12/17/2018 | $339.48 | 816,590 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 166.91 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | DELL FINANCIAL SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 1,381.93 | 100.00% | 0.00 | 1,381.93 |
| 0009 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 17,619.30 | 100.00% | 1,103.20 | 16,516.10 |
| 0010 | VERIZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $1,270.11**  
See Summary

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $2,971.00    -    Paid to Claims: $1,103.20    -    Admin Costs Paid: $166.91    =    Funds on Hand: $2,060.89

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.