JOSE R. TORRES
LAW OFFICE OF JOSE R. TORRES
129 PROSPECT STREET
PASSAIC, NJ  07055

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 17-24782

| Re: | ROBEL PEREZ | Atty: | JOSE R. TORRES |
| --- | --- | --- | --- |
|  | 30 WATSESSING AVE., APT. 18 |  | LAW OFFICE OF JOSE R. TORRES |
|  | BELLEVILLE,  NJ  07109 |  | 129 PROSPECT STREET |
|  |  |  | PASSAIC, NJ  07055 |

## RECEIPTS AS OF 01/15/2020 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
| --- | --- | --- | --- | --- | --- |
| 04/10/2018 | $121.00 | 4823214000 | 05/14/2018 | $350.00 | 4912755000 |
| 06/22/2018 | $350.00 | 5009298000 | 07/03/2018 | $350.00 | 5045708000 |
| 08/15/2018 | $360.00 | 5154967000 | 09/10/2018 | $360.00 | 5217694000 |
| 10/11/2018 | $360.00 | 5303398000 | 11/02/2018 | $360.00 | 5363787000 |
| 12/17/2018 | $360.00 | 5473308000 | 01/04/2019 | $360.00 | 5518831000 |
| 01/22/2019 | $360.00 | 5559953000 | 03/04/2019 | $360.00 | 5676268000 |
| 04/03/2019 | $360.00 | 5755055000 | 04/24/2019 | $360.00 | 5804115000 |
| 05/14/2019 | $360.00 | 5859172000 | 06/10/2019 | $360.00 | 5929545000 |
| 06/20/2019 | $360.00 | 5953067000 | 07/15/2019 | $360.00 | 6014986000 |
| 08/05/2019 | $360.00 | 6069819000 | 09/10/2019 | $360.00 | 6167057000 |
| 10/08/2019 | $360.00 | 6240175000 | 11/13/2019 | $360.00 | 6327673000 |
| 12/16/2019 | $360.00 | 6407902000 | 01/07/2020 | $360.00 | 6465450000 |

**Total Receipts: $8,371.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $8,371.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
| --- | --- | --- | --- | --- | --- | --- |
| U.S. DEPARTMENT OF EDUCATION | | | | | | |
|  | 11/19/2018 | $763.72 | 814,685 | 12/17/2018 | $339.48 | 816,590 |
|  | 02/11/2019 | $678.96 | 820,426 | 03/18/2019 | $339.48 | 822,458 |
|  | 04/15/2019 | $339.48 | 824,441 | 05/20/2019 | $339.48 | 826,495 |
|  | 06/17/2019 | $685.08 | 828,397 | 07/15/2019 | $345.60 | 830,259 |
|  | 08/19/2019 | $691.20 | 832,330 | 09/16/2019 | $345.60 | 834,269 |
|  | 10/21/2019 | $354.60 | 836,384 | 11/18/2019 | $341.28 | 838,387 |
|  | 12/16/2019 | $341.28 | 840,260 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
| --- | --- | --- | --- | --- | --- | --- |
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 401.27 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

Chapter 13 Case # 17-24782

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0005 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | DELL FINANCIAL SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 1,381.93 | 100.00% | 0.00 | 1,381.93 |
| 0009 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 17,619.30 | 100.00% | 5,905.24 | 11,714.06 |
| 0010 | VERIZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $6,306.51**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $8,371.00     -     Paid to Claims: $5,905.24     -     Admin Costs Paid: $401.27     =     Funds on Hand: $2,064.49

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.