Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF FEBRUARY  5, 2021

**Chapter 13 Case # 17-24782**

Re:   ROBEL PEREZ  
30 WATSESSING AVE., APT. 18  
BELLEVILLE, NJ  07109

Atty:   JOSE R. TORRES  
LAW OFFICE OF JOSE R. TORRES  
129 PROSPECT STREET  
PASSAIC, NJ  07055

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/10/2018 | $121.00 | 4823214000 | 05/14/2018 | $350.00 | 4912755000 |
| 06/22/2018 | $350.00 | 5009298000 | 07/03/2018 | $350.00 | 5045708000 |
| 08/15/2018 | $360.00 | 5154967000 | 09/10/2018 | $360.00 | 5217694000 |
| 10/11/2018 | $360.00 | 5303398000 | 11/02/2018 | $360.00 | 5363787000 |
| 12/17/2018 | $360.00 | 5473308000 | 01/04/2019 | $360.00 | 5518831000 |
| 01/22/2019 | $360.00 | 5559953000 | 03/04/2019 | $360.00 | 5676268000 |
| 04/03/2019 | $360.00 | 5755055000 | 04/24/2019 | $360.00 | 5804115000 |
| 05/14/2019 | $360.00 | 5859172000 | 06/10/2019 | $360.00 | 5929545000 |
| 06/20/2019 | $360.00 | 5953067000 | 07/15/2019 | $360.00 | 6014986000 |
| 08/05/2019 | $360.00 | 6069819000 | 09/10/2019 | $360.00 | 6167057000 |
| 10/08/2019 | $360.00 | 6240175000 | 11/13/2019 | $360.00 | 6327673000 |
| 12/16/2019 | $360.00 | 6407902000 | 01/07/2020 | $360.00 | 6465450000 |
| 02/18/2020 | $360.00 | 6568255000 | 03/03/2020 | $360.00 | 6610207000 |
| 04/06/2020 | $360.00 | 6695629000 | 05/13/2020 | $360.00 | 6786037000 |
| 06/08/2020 | $360.00 | 6851747000 | 08/10/2020 | $360.00 | 7004238000 |
| 09/11/2020 | $360.00 | 7079127000 | 10/05/2020 | $360.00 | 7140098000 |
| 11/10/2020 | $360.00 | 7224135000 | 12/04/2020 | $360.00 | 7286448000 |
| 01/05/2021 | $360.00 | 7356751000 | 01/27/2021 | $360.00 | 7407209000 |

**Total Receipts: $12,691.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $12,691.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 726.71 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 17-24782**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0005 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | DELL FINANCIAL SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 1,381.93 | 100.00% | 1,381.93 | 0.00 |
| 0009 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 9,916.36 | 100.00% | 9,916.36 | 0.00 |
| 0010 | VERIZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $12,025.00**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---:|---|---|---:|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 03/16/2020 | $1,381.93 | 845628 | | | |
| U.S. DEPARTMENT OF EDUCATION | | | | | | |
| | 11/19/2018 | $763.72 | 814685 | 12/17/2018 | $339.48 | 816590 |
| | 02/11/2019 | $678.96 | 820426 | 03/18/2019 | $339.48 | 822458 |
| | 04/15/2019 | $339.48 | 824441 | 05/20/2019 | $339.48 | 826495 |
| | 06/17/2019 | $685.08 | 828397 | 07/15/2019 | $345.60 | 830259 |
| | 08/19/2019 | $691.20 | 832330 | 09/16/2019 | $345.60 | 834269 |
| | 10/21/2019 | $354.60 | 836384 | 11/18/2019 | $341.28 | 838387 |
| | 12/16/2019 | $341.28 | 840260 | 02/10/2020 | $682.56 | 844019 |
| | 04/20/2020 | $682.56 | 847932 | 05/18/2020 | $324.00 | 849697 |
| | 06/15/2020 | $324.00 | 851382 | 07/20/2020 | $333.00 | 853262 |
| | 09/21/2020 | $333.00 | 856960 | 10/19/2020 | $333.00 | 858784 |
| | 11/16/2020 | $333.00 | 860553 | 12/21/2020 | $333.00 | 862455 |
| | 01/11/2021 | $333.00 | 864037 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: February 05, 2021.

Receipts: $12,691.00    -    Paid to Claims: $11,298.29    -    Admin Costs Paid: $726.71    =    Funds on Hand: $666.00

Unpaid Balance to Claims: $0.00    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **($666.00)

**NOTE: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.