Form ntcfncurv – testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17–24782–JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robel Perez
   30 Watsessing Ave., Apt. 18
   Belleville, NJ 07109

Social Security No.:
   xxx–xx–4499

Employer's Tax I.D. No.:

**NOTICE OF RECEIPT OF RESPONSE TO**
**NOTICE OF FINAL CURE PAYMENT**

   TO: <u>Robel Perez</u>
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: February 25, 2021
JAN: smz

                                              <u>Jeanne Naughton, Clerk</u>