Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17−24782−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robel Perez
   30 Watsessing Ave., Apt. 18
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−4499

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Robel Perez
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: February 25, 2021
JAN: smz

                Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 17-24782-JKS

Robel Perez                                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                                   Page 1 of 2
Date Rcvd: Feb 25, 2021             Form ID: ntcfncur                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robel Perez, 30 Watsessing Ave., Apt. 18, Belleville, NJ 07109-4222 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2021                             Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barbara Edwards | on behalf of Trustee Barbara Edwards bedwardstrustee@aol.com  NJ48@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jose R. Torres | on behalf of Debtor Robel Perez jrt@torreslegal.com  3754@notices.nextchapterbk.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Specialized Loan Servicing LLC rsolarz@kmllawgroup.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 25, 2021 | Form ID: ntcfncur | Total Noticed: 1

U.S. Trustee
               USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7